924 P.2d 1036

**Baruch D. ROSEN, M.D.,**
**Plaintiff/Appellant,**

**v.**

**BOARD OF MEDICAL EXAMINERS OF the STATE OF ARIZONA, an agency of the State of Arizona, Defendant/Appellee.**

**No. CV–96–0004–PR.**

Supreme Court of Arizona.

Oct. 17, 1996.

ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the Petition for Review is moot. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is denied.

DATED this 17th day of October, 1996.